584

Circuit denied. *Messrs. Edwin A. Krauthoff* and *Price Wickersham* for petitioner. *Messrs. Cyrus Crane* and *E. F. Halstead* for respondent.

No. 310. Ross ET AL. *v.* WHITE, TRUSTEE. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. John A. Pitts* and *E. W. Ross* for petitioners. *Mr. C. E. Pigford* for respondent.

No. 312. CLEMENTS, TRUSTEE IN BANKRUPTCY, *v.* CONYERS, RECEIVER. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Wm. M. Acton* and *T. Morton McDonald* for petitioner. *Mr. Isidor Kahn* for respondent.

No. 313. BOSTON & MAINE R. Co. *v.* WATKINS. October 21, 1929. Petition for writ of certiorari to the Supreme Court of New Hampshire denied. *Mr. Wm. N. Rogers* for petitioner. *Mr. John E. Benton* for respondent.

No. 315. UNIVERSAL INSURANCE Co. *v.* GULF REFINING Co. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. D. Roger Englar* for petitioner. *Mr. Van Vechten Veeder* for respondent.

No. 316. MURPHY *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Circuit Court